UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
SHIRLENE HUNTER
209 DOGWOOD CIRCLE
HIGH POINT, NC  27260

CASE NO. 20-10504
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-2366

DATE:  01/28/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $4,761.12<br>INT: .00%<br>NAME ID: 63803<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 1420<br>COMMENT: |
| CONE HEALTH<br>BANKRUPTCY DEPARTMENT<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 157469<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6943<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0013 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 10590<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,492.08<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC,720A, 720A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $5,011.77<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: &PEN<br>COMMENT: 720A, 720A |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $262.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $4,200.00<br>INT: 5.25%<br>NAME ID: 161576<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT: 9645<br>COMMENT: 07CADI,620A |

PAGE 2 - CHAPTER 13 CASE NO. 20-10504

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $2,385.84<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 9645<br>COMMENT: SPLIT, 620A |
| P O BOX 94982<br>P O BOX 94982<br>CLEVELAND, OH  44101 | $0.00<br>INT: .00%<br>NAME ID: 182736<br>CLAIM #: 0014 | (S) SECURED<br>AMENDED<br>ACCT: 5330<br>COMMENT: 920C/WDRN |
| PINNACLE SERVICE SOLUTIONS LLC<br>4408 MILESTRIP RD #247<br>BLASDELL, NY  14219 | $884.66<br>INT: .00%<br>NAME ID: 178606<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 0722<br>COMMENT: |
| PNC BANK<br>P O BOX 94982<br>CLEVELAND, OH  44101 | $26,474.15<br>INT: 5.25%<br>NAME ID: 115010<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 5330<br>COMMENT: 19KIA |
| STATE EMPLOYEES CREDIT UNION<br>BANKRUPTCY DEPT<br>P O BOX 25279<br>RALEIGH, NC  27611 | MONTHLY PMT $952.00<br>INT: .00%<br>NAME ID: 128771<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 5890<br>COMMENT: DT,RE RP,CTD,EFF SEPT20 |
| STATE EMPLOYEES CREDIT UNION<br>BANKRUPTCY DEPT<br>P O BOX 25279<br>RALEIGH, NC  27611 | $1,904.00<br>INT: .00%<br>NAME ID: 128771<br>CLAIM #: 0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 5890<br>COMMENT: ARR,JUL THRU AUG20 |
| STATE EMPLOYEES CREDIT UNION<br>BANKRUPTCY DEPT<br>P O BOX 25279<br>RALEIGH, NC  27611 | $12,361.21<br>INT: .00%<br>NAME ID: 128771<br>CLAIM #: 0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 5890<br>COMMENT: ARR THRU JUN20 |
| **TOTAL:** | **$60,740.83** | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $4,200.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/28/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice